

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00026-CR

The State of Texas
v.
Edward Jerome Huff

On Appeal from the
272nd District Court of Brazos County, Texas
Trial Cause No. 17-04889-CRF-272

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the trial court's order granting a new trial should be reversed and the cause remanded to the trial court. The trial court's order is REVERSED and the cause is REMANDED for further proceedings in accordance with the Court's opinion.

We further order this decision certified below for observance.

October 23, 2025